IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PAUL ALLEN WOODS, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | NO. 3:03-0094 |
| ) | CRIMINAL NO: 3:98-00159 |
| ) | JUDGE HAYNES |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## O R D E R

In accordance withe the Memorandum filed herewith, Paul Allen Woods's motion to vacate under 28 U.S.C. § 2255 is **DENIED** and this action is **DISMISSED with prejudice.** Petitioner is given ten (10) days from the date of entry of this Order to file a petition for a Certificate of Appealability under 28 U.S.C. § 2253(c).

It is so **ORDERED.**

**ENTERED** this the 18th day of April, 2007.

WILLIAM J. HAYNES, JR.
United States District Judge

13